IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GLORIA WEST                                                                                                    PLAINTIFF

VS.                                        CASE NO. 4:06-CV-4118

NEW ALBERTSON'S, INC.,
F/K/A ALBERTSON'S, INC.,
LEBOR HOLDINGS, LTD.                                                                                   DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion for Default Judgment. (Doc. 15). Plaintiff seeks a default judgment against Defendant Lebor Holdings, Ltd. for failure to answer or otherwise defend. Plaintiff obtained a clerk's entry of default on April 24, 2007. (Doc. 13).

Upon consideration, the Court is satisfied that good cause for the motion has been shown. Accordingly, Plaintiff's Motion for Default Judgment should be and hereby is **GRANTED**.

Trial of this matter is currently scheduled for April 21, 2008. (Doc. 20). Plaintiff's damages–which are unliquidated–will be determined at trial, whereupon the Court will enter its Default Judgment against Lebor Holdings, Ltd.

**IT IS SO ORDERED**, this 12th day of March, 2008.

                                                                                  /s/ Harry F. Barnes
                                                                                  Hon. Harry F. Barnes
                                                                                  United States District Judge